**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

|  |  |
|---|---|
| **LISA BEAUDREAU**, **as next of friend of C.B., a minor,** individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>**WOODFORDS FAMILY SERVICES,**<br><br>    Defendant. | **Case No. 1:26-cv-00235-KFW** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Lisa Beaudreau, as next of friend of C.B., a minor, hereby voluntarily dismisses her case against Defendant Woodfords Family Services. No Answer or Motion for Summary Judgment has been filed in this case.

Dated: May 29, 2026

Respectfully Submitted,

*/s/ William B. Federman*
William B. Federman
(Admitted PHV)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560

*/s/ Max Federman*
Max Federman, MBN 011180
Brian Ted Jones, PC
719 N. Shartel Ave.
Oklahoma City, OK 73102
E: max.federman@briantedjones.com
T: (405) 843-9909

***Counsels for Plaintiff and the Putative Class***

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ William B. Federman*
William B. Federman